**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**THE ESTATE OF ROBERT**
**TERRELL, Deceased, and**
**MELANIE TERRELL, His Widow,**

      **Plaintiffs,**

**v.**                                         Case No.  8:06-cv-1025-T-30MSS

**SHERWOOD LLC, et al.,**

      **Defendants.**
_____/

## ORDER OF DISMISSAL

      Before the Court is the Notice of Voluntary Dismissal of Case (Dkt. #14).  In accordance with same, it is

      **ORDERED AND ADJUDGED** as follows:

      1.      This cause is dismissed without prejudice.

      2.      All pending motions are denied as moot.

      3.      The Clerk is directed to close this case.

      **DONE** and **ORDERED** in Tampa, Florida on March 28, 2007.

                                                  JAMES S. MOODY, JR.
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2006\06-cv-1025.dismissal 14.wpd